**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM STEPHEN PITTARD,<br><br>        Plaintiff,<br>v.<br><br>PENN CREDIT CORP.,<br><br>        Defendant. | Civil Action File No:<br><br>1:11-cv-01460-CC-CCH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff in the above style action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) files this notice of voluntary dismissal, dismissing all claims and causes of action asserted in the above styled action with prejudice.  Defendant has not served an answer or motion for summary judgment.

Dated: November 23, 2011                Respectfully submitted,

                                                  **THE KOVAL FIRM, LLC**

                                                  By: s/Steven H. Koval
                                                  Attorney for Plaintiff
                                                  Georgia Bar No. 428905
                                                  3575 Piedmont Road
                                                  15 Piedmont Center, Suite 1020
                                                  Atlanta, GA  30305
                                                  Telephone:  (404) 513-6651
                                                  Facsimile: (404) 549-4654
                                                  SHKoval@aol.com